# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DANIEL J. CAMBRA, individually and on behalf of all others similarly situated, ) ) ) | CIVIL ACTION NO. 09-2617-JWL-JPO |
| Plaintiff, ) ) | |
| v. ) | |
| YRC WORLDWIDE, INC., WILLIAM D. ZOLLARS, MICHAEL BYRNES, CASSANDRA CARR, DENNIS FOSTER, PHILLIP MEEK, YRC WORLDWIDE, INC. BENEFITS ADMINISTRATIVE COMMITTEE, HAROLD D. MARSHALL and DOES 1-10, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Edward W. Ciolko be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.

**THE NYGAARD LAW FIRM**
By:   s/ Diane A. Nygaard
Diane A. Nygaard
11050 Roe Avenue, Suite 212
Leawood, KS 66211
Telephone: (913) 469-5544
Facsimile: (913) 469-1561
diane@nygaardlaw.com