**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DANIEL J. CAMBRA, individually and on behalf of all others similarly situated, ) ) | **CIVIL ACTION NO. 09-2617-JWL-JPO** |
| ) Plaintiff, ) v. ) YRC WORLDWIDE, INC., WILLIAM D. ) ZOLLARS, MICHAEL BYRNES, CASSANDRA ) CARR, DENNIS FOSTER, PHILLIP MEEK, ) YRC WORLDWIDE, INC. BENEFITS ) ADMINISTRATIVE COMMITTEE, HAROLD ) D. MARSHALL and DOES 1-10, ) ) Defendants. ) | |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Joseph H. Meltzer be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.

**THE NYGAARD LAW FIRM**
By: ⎯s/ Diane A. Nygaard⎯
Diane A. Nygaard
11050 Roe Avenue, Suite 212
Leawood, KS 66211
Telephone: (913) 469-5544
Facsimile: (913) 469-1561
diane@nygaardlaw.com